■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY GRANT, Appellant. [878 NYS2d 631]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 25, 1990 (*People v Grant*, 162 AD2d 706 [1990]), affirming a judgment of the Supreme Court, Kings County, rendered July 15, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.